JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZI MANSOUR,<br><br>    Petitioner,<br><br>    v.<br><br>C. E. DUCART,<br><br>    Respondent. | NO. CV 14-8560-CAS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 13, 2015

_____
CHRISTINA A. SNYDER
United States District Judge